IN RE APPLICATION OF MARY V. MCCARTHY FOR
ADMISSION TO THE BAR

The motion by the Standing Committee for Hartford County on Recommendations for Admission to the Bar to dismiss the appeal from the Superior Court in Hartford County is granted.

*George D. Stoughton,* for the appellee (standing committee for Hartford County on recommendations for admission to the bar).

*Joseph D. Harbaugh,* for the appellant (the applicant).

Argued June 3—decided June 3, 1969

FRANCIS R. FEELAN ET AL. *v.* HOWARD G. FEELAN
ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County is denied.

*Arnold M. Sweig,* for the appellees (plaintiffs).

*Howard R. Steeg,* for the appellant (named defendant).